

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ROBERT LEE HILL | CIVIL ACTION NO. 05-1872 |
| VS. | SECTION P |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this complaint be construed as a petition for *habeas corpus;* and, that the petition be **DISMISSED WITHOUT PREJUDICE** due to the petitioner's failure to exhaust available state court remedies; and, in the alternative,

**IT IS ORDERED** that the complaint, insofar as it is construed as a civil rights complaint, be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §1915(d)(2)(B) and 28 U.S.C. §1915A(b).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 5 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE